UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
NORMAN CHRISTOPHER R HILARIO

CASE NO. 06 B 05056

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor
SSN XXX-XX-0488

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/05/06 and confirmed on 11/17/06.

2. The case was converted to Chapter 7 after confirmation, 11/04/2008.

3. The Debtor paid a total of $ 21149.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 17463.40 | 1680.38 | 14386.10 |
| BECKET & LEE LLP | UNSECURED | 1880.05 | .00 | 95.69 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5628.62 | .00 | 286.49 |
| B LINE LLC | UNSECURED | 5697.18 | .00 | 289.97 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 650.80 | .00 | 33.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 606.24 | .00 | 16.70 |
| ECAST SETTLEMENT CORP | UNSECURED | 1267.47 | .00 | 50.85 |
| KOHLS | UNSECURED | 921.05 | .00 | 46.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7089.01 | .00 | 360.83 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3198.01 | .00 | 162.79 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4559.22 | .00 | 232.05 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17463.40 | .00 | 31497.65 | .00 | 48961.05 |
| PRINCIPAL PAID | 14386.10 | .00 | 1575.39 | .00 | 15961.49 |
| INTEREST PAID | 1680.38 | .00 | .00 | .00 | 1680.38 |
| TOTAL PAID | 16066.48 | .00 | 1575.39 | .00 | 17641.87 |

The Debtor's attorney, GARY N FOLEY PC           , was allowed $  3000.00 and was paid $    746.00   direct and $   2254.00   through the plan.

The Trustee received $     915.21 .

Refunds to the Debtor totaled $     338.66 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/16/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```